**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEVEN IVEY,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:11-cv-1776-Orl-22DAB**

**RONALD BLOCKER, SUPERINTENDENT,**
**TED PRICE, DERREN OAKS, JOSEPH**
**MCCOY, ALEX HIDELBERG, CATHERINE**
**VAN KIRK, ROSE KELLAM,**
**ORANGE COUNTY PUBLIC SCHOOLS,**

        **Defendants.**
_____

**ORDER**

      This cause is before the Court on the Motion to Amend Complaint and Motion for Leave to Proceed In Forma Pauperis (Doc. Nos. 8 and 9).

      The United States Magistrate Judge has submitted a report recommending that the Motions be denied.

      After an independent *de novo* review of the record in this matter, and noting that Plaintiff has filed an Amended Complaint and renewed Motion to Proceed in Forma Pauperis in response to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

      Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 6, 2012 (Doc. No. 10) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Amend Complaint (Doc. No. 8) is denied as moot. Plaintiff filed his Amended Complaint on February 1, 2012 (Doc. No. 13).

3. The Motion to Proceed in Forma Pauperis (Doc. No. 9) is denied as moot. Plaintiff filed his renewed Motion to Proceed in Forma Pauperis on February 1, 2012 (Doc. No. 14).

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 2, 2012.

Copies furnished to:

Steven Ivey, *pro se*

ANNE C. CONWAY
United States District Judge