**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEVEN IVEY,**

        **Plaintiff,**

**-vs-**           Case No. **6:11-cv-1776-Orl-22DAB**

**RONALD BLOCKER, SUPERINTENDENT, ET AL., TED PRICE, DERREN OAKS, JOSEPH MCCOY, ALEX HIDELBERG, CATHERINE VAN KIRK, ROSE KELLAM, ORANGE COUNTY PUBLIC SCHOOLS,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Motion to Proceed In Forma Pauperis (Doc. No. 14) filed on February 1, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied and the Amended Complaint be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.	The Report and Recommendation filed February 8, 2012 (Doc. No. 16) is ADOPTED and CONFIRMED and made a part of this Order.

2.	The Motion to Proceed In Forma Pauperis (Doc. No. 14) is DENIED.

3.	The Amended Complaint is hereby DISMISSED WITHOUT PREJUDICE.

4.	Plaintiff is given leave to file a Second Amended Complaint which states a viable cause of action by March 20, 2012.  The Complaint shall be accompanied with either the filing fee or a completed Affidavit for pauper status.  Failure to comply with this Order shall result in dismissal of this action for lack of prosecution, without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 29, 2012.

Copies furnished to:

Steven Ivey, *pro se*

ANNE C. CONWAY
United States District Judge